UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                                                            CRIMINAL NO. 5:02CR22DCB

JOHNNY NICHOLS                                                       DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#66] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on June 2, 2003, is hereby remitted.

SO ORDERED, this the 13th day of  April , 2017.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
SENIOR UNITED STATES DISTRICT JUDGE